510

*In re* DESIGNACIÓN DE LA SECRETARIA DEL TRIBUNAL SUPREMO.

*Número:* EN-2004-09          *Resuelto:* 14 de diciembre de 2004

## RESOLUCIÓN

Se designa Secretaria de este Tribunal a la Lcda. Aida Ileana Oquendo Graulau. Ésta ejercerá las funciones propias del cargo y cualquier otra función que le asigne el Tribunal. La presente designación será efectiva tan pronto preste el juramento de toma de posesión de su cargo.

*Publíquese.*

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo. El Juez Asociado Señor Rivera Pérez no intervino.

(*Fdo.*) María I. Colón Falcón
*Subsecretaria del Tribunal Supremo*